**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED: October 22, 2026** |
| **SANTOS EZEQUIEL GONZALEZ ZAMORA** | : | **VIOLATIONS:**<br>**18 U.S.C. § 2251(a), (e)** |
| | : | **(production of child pornography – 3 counts)** |
| | : | **Notice of forfeiture** |

**INDICTMENT**

**COUNTS ONE THROUGH THREE**

**THE GRAND JURY CHARGES THAT:**

On or about the dates listed below, each constituting a separate offense, in Northampton County, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SANTOS EZEQUIEL GONZALEZ ZAMORA**

knowingly employed, used, persuaded, induced, enticed, and coerced Minor Victim #1, who had not attained the age of 18 years and is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depictions were produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by a mobile cellular phone:

| COUNT | DATE OF PRODUCTION |
|---|---|
| One | On or about May 23, 2025 |
| Two | On or about June 18, 2025 |
| Three | On or about July 24, 2025 |

All in violation of Title 18, United States Code, Section 2251(a), (e).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Section 2251(a), as set forth in this indictment, defendant

**SANTOS EZEQUIEL GONZALEZ ZAMORA**

shall forfeit to the United States of America:

a. Any visual depiction described in 18 U.S.C. §§ 2251, 2252, and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, possessed, or accessed with intent to view, in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s), including but not limited to:

1. Apple iPhone 14 Pro cellular phone.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL:**

[redacted]

Christine & Sykes for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.26-* _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

SANTOS EZEQUIEL GONZALEZ ZAMORA

INDICTMENT

Counts

18 U.S.C. § 2251(a), (e) (production of child pornography – 3 counts) Notice of forfeiture

[redacted]

Filed in open court this 22ND day,

Of October [redacted] 26

Bail, $